# EXHIBIT A

# BIOGRAPHY

**Attorney at Law:**
**Robert (Bobby) Lee**ϵ

**Dallas County:**
**1801 N. Lamar, Suite 325**
**Dallas, Texas 75202**
**214.749.1400 Telephone**
**214.749.1010 Facsimile**

ϵ **Board Certified Labor and Employment Law –**
**Texas Board of Legal Specialization**



Bobby Lee is head partner of The Law Firm of Robert (Bobby) Lee & Associates, P.C., where he specializes in Labor & Employment Law. Throughout his career he has successfully litigated both private and public employment-related matters, with a large percentage of his cases focused on the area of discrimination, retaliation, work place injuries, breach of contract, wage and hour violations, violations of the Americans with Disabilities Act, and violations of the United States Constitution. Mr. Lee also handles cases involving claims of unfair competition or violations of non-compete agreements. In addition, Mr. Lee has spent time counseling and training employers on compliance with state and federal employment laws, and training managers and employees on the laws and corporate policies dealing with harassment, discrimination, accommodations, and medical leave. Mr. Lee also serves as an arbitrator with the American Arbitration Association.  Prior opening Robert (Bobby) Lee & Associates, P.C. in 2004, Mr. Lee joined Heygood, Orr & Reyes in 2002, where he developed the Employment & Labor Section of the firm (primarily representing employees).  Prior to that, Mr. Lee worked for Littler Mendelson (the largest labor and employment firm in the country), and he served as an Assistant City Attorney in the Labor and Employment section of the City of Houston's Legal Department.

## EDUCATION & CERTIFICATIONS

Mr. Lee is certified as a specialist in Labor and Employment Law by the Texas Board of Legal Specialization. He received his J.D. from the University of Michigan Law School, and he received his B.B.A. in Finance from the University of Houston. Mr. Lee is admitted to practice in all Texas courts, the Eastern District of Oklahoma, the Fifth Circuit, and the United States Supreme Court.

## PROFESSIONAL ACTIVITIES

Mr. Lee is a member of the Dallas Bar Association, the Tarrant County Bar Association, the National Employment Lawyers Association, the Texas Employment Lawyers Association, the Christian Trial Lawyers Association, and the Fort Worth Human Resources Management Association. Mr. Lee also dedicates a significant amount of time to delivery of *pro bono* labor and employment legal services.