# EXHIBIT B

**J. DEREK BRAZIEL**
Landmark Center
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400   (Telephone)
(214) 749-1010   (Facsimile)

      J. Derek Braziel is Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization. He is a graduate of the University of Virginia School of Law, where he served as Chief Justice of the William Minor Lile Moot Court Board. After graduation, he served as law clerk to the Honorable Howell Cobb, United States District Court - Eastern District of Texas. He graduated, *magna cum laude*, from Baylor University, where he received his B.B.A. degree in Quantitative Business Analysis (Statistics) and Marketing and was President of the Student Congress. He was also one of 12 state finalists for the Rhodes Scholarship and an alternate for the Truman Scholarship. He is admitted to practice in the Northern, Southern, Eastern, and Western Districts of Texas and in the Fifth and Eleventh Circuits.

      Mr. Braziel focuses his practice on employment litigation. Prior to joining Lee & Braziel, Mr. Braziel worked for Littler Mendelson, the nation's largest law firm specializing in employment law. He has a breadth of experience in employment litigation, including wage and hour law (FLSA), racial discrimination, sex discrimination, sexual harassment, age discrimination, and disability discrimination. He has also litigated disputes over unfair competition and noncompetition agreements.

Mr. Braziel is involved in the Dallas Bar Association where he serves on the Employment Law Section Council and Chairs the Speakers Committee. He is also active in the Texas Young Lawyers Association and the Dallas Association of Young Lawyers where he is a co-chair of the Employment Law Outreach Committee. He dedicates his time to such activities as the delivery of *pro bono* labor and employment legal services to charitable and civic organizations such as Dallas Community Television, the Center for Nonprofit Management, and the North Texas Food Bank.